Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Elody C. Tignor
Nevada Bar No. 15663
elody.tignor@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Mercy, Inc.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DUSTIN ALLEN, an individual,<br><br>                Plaintiff,<br>vs.<br><br>MERCY, INC., a domestic corporation,<br><br>                Defendant. | Case No.: 2:24-cv-01193-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Defendant Mercy, Inc. ("Defendant") and Plaintiff Dustin Allen ("Plaintiff"), by and through their respective counsel of record, hereby request and stipulate to extend the time for Defendant to respond to Plaintiff's Complaint (ECF No. 2). Defendant's response to Plaintiff's Complaint is currently due August 5, 2024. Because Defense counsel has just been retained in this case, the parties stipulate to a fourteen (14) day extension of time up to and including **August 19, 2024**, in which for Defendant to respond to the Complaint.  This is the parties' first request for an extension of time.

/ / /

/ / /

/ / /

/ / /

/ / /

This Stipulation is made in good faith and is not intended for purposes of delay.

DATED this 26th day of July, 2024.

LAGOMARSINO LAW

/s/ *Taylor Jorgensen*
Andre M. Lagomarsino
Nevada Bar No. 6711
Taylor Jorgensen
Nevada Bar No. 16259
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052

*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED this 26th day of July, 2024.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Anthony L. Martin*
Anthony L. Martin
Nevada Bar No. 8177
Elody C. Tignor
Nevada Bar No. 15663
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendant Mercy, Inc.*

**ORDER**

_____
United States Magistrate Judge

July 29, 2024
_____
DATED

- 2 -