**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Dustin Allen*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN ALLEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MERCY, INC., a domestic corporation,<br><br>Defendant. | CASE NO.: 2:24-cv-01193-GMN-NJK<br><br>**STIPULATION AND ORDER TO RESCHEDULE MEDIATION** |

Pursuant the Court's Order Setting Mediation (ECF No. 17), Dustin Allen ("Plaintiff") and Mercy, Inc. ("Defendant"), by and through their undersigned counsel, hereby respectfully request that the Mediation currently scheduled on October 28, 2024, at 9:00 AM, be rescheduled for some other date thereafter that is agreeable to the Court and the parties' counsel. Plaintiff will be out of town and unavailable for a in-person mediation on October 28, 2024. Counsel for both parties currently have met and conferred and are available on the following dates:

October 21, 2024

November 4, 2024

November 5, 2024

The current deadline for the parties' to request an extension of time to file confidential mediation statements in this matter is October 18, 2024. See ECF No. 17. Therefore, the parties' request is timely.

Page 1 of 2

**IT IS SO STIPULATED AND AGREED.**

DATED this 6th day of September, 2024.          DATED this 6th day of September, 2024.

**LAGOMARSINO LAW**          **OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C.**

/s/ *Taylor N. Jorgensen*          /s/ *Elody Tignor*
ANDRE M. LAGOMARSINO, ESQ. (#6711)          ANTHONY L. MARTIN, ESQ. (#8177)
TAYLOR N. JORGENSEN, ESQ. (#16259)          ELODY C. TIGNOR, ESQ. (#15663)
3005 W. Horizon Ridge Pkwy., #241          10801 W. Charleston Blvd. Suite 500
Henderson, Nevada 89052          Las Vegas, NV 89135
Telephone: (702) 383-2864          Telephone: (702) 369-6822
Facsimile: (702) 383-0065          Facsimile: (702) 369-6888
*Attorneys for Plaintiff Dustin Allen*          *Attorneys for Defendant Mercy, Inc.*

**IT IS SO ORDERED.**

The Court is unable to accomodate the parties on any of the proposed dates.

The mediation is rescheduled to October 29, 2024 at 9am in the chambers of the undersigned judge on the 4th Floor (Suite 4068).

A request for an exception to the above attendance requirements must be filed and served within one week of this Order. The rest of the Court's prior Order (ECF No. 17) remains in full effect.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 09-13-24