**LAGOMARSINO LAW**
ANDRE M. LAGOMARSINO, ESQ. (#6711)
TAYLOR JORGENSEN, ESQ. (#16259)
3005 W. Horizon Ridge Pkwy, #241
Henderson, Nevada 89052
Telephone: (702) 383-2864
Facsimile: (702) 383-0065
AML@lagomarsinolaw.com
Taylor@lagomarsinolaw.com
*Attorneys for Plaintiff Dustin Allen*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN ALLEN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MERCY, INC., a domestic corporation, <br><br> Defendant. | CASE NO.: 2:24-cv-01193-GMN-NJK <br><br> **STIPULATION AND ORDER TO RESCHEDULE MEDIATION SESSION** <br> **(Second Request)** |

Pursuant the Court's Order (ECF No. 22), Dustin Allen ("Plaintiff") and Mercy, Inc. ("Defendant"), by and through their undersigned counsel, hereby respectfully request that the Early Neutral Evaluation ("ENE") currently scheduled on October 29, 2024, at 9:00 AM, be rescheduled for some other date thereafter November 14, 2024. This is the second stipulation to reschedule the ENE.

Plaintiff is unavailable for the in-person mediation that is currently scheduled on October 29, 2024. Plaintiff will be traveling to Orlando, Florida for his Grandmother's Celebration of Life, on October 26, 2024, and will be returning to Las Vegas, Nevada the on evening of November 1, 2024. *See* **Exhibit 1, Southwest Trip Summary**. Defendant stipulates to Plaintiff's request to reschedule the ENE to the extent the ENE is rescheduled to a date after November 14, 2024.

…

…

**IT IS SO STIPULATED AND AGREED.**

DATED this 4th day of October, 2024.                    DATED this 4th day of October, 2024.

**LAGOMARSINO LAW**                                     **OGLETREE, DEAKINS, NASH, SMOAK &STEWART, P.C.**

/s/ Andre M. Lagomarsino                                /s/ Elody C. Tignor
ANDRE M. LAGOMARSINO, ESQ. (#6711)                      ANTHONY L. MARTIN, ESQ. (#8177)
TAYLOR N. JORGENSEN, ESQ. (#16259)                      ELODY C. TIGNOR, ESQ. (#15663)
3005 W. Horizon Ridge Pkwy., #241                       10801 W. Charleston Blvd. Suite 500
Henderson, Nevada 89052                                 Las Vegas, NV 89135
Telephone: (702) 383-2864                               Telephone: (702) 369-6822
Facsimile: (702) 383-0065                               Facsimile: (702) 369-6888
*Attorneys for Plaintiff Dustin Allen*                  *Attorneys for Defendant Mercy, Inc.*

**IT IS SO ORDERED the stipulation is GRANTED. The ENE scheduled for October 29, 2024 (ECF No. 20) is rescheduled to November 18, 2024 at 9am in the chambers of the undersigned judge on the 4th Floor (Suite 4068). A request for an exception to the above attendance requirements must be filed and served within one week of this Order. The rest of the Court's first Order (ECF No. 17) remains in full effect.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10/8/24