Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV 89135
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorney for Defendant Mercy, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DUSTIN ALLEN, an individual, | Case No.: 2:24-cv-01193-GMN-NJK |
| Plaintiff, | |
| vs. | ORDER GRANTING |
| MERCY, INC., a domestic corporation, | **WITHDRAWAL OF ELODY C. TIGNOR AS COUNSEL OF RECORD AND REMOVAL FROM CM/ECF SERVICE LIST** |
| Defendant. | |

Pursuant to Local Rule IA 11-6(b), Anthony L. Martin of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby requests that Elody C. Tignor be removed from the instant action as an attorney of record for Defendant Mercy, Inc. ("Defendant") as Ms. Tignor is no longer with the firm.

This Motion is made in good faith and will not result in the delay of discovery, trial, or any hearing in this case. Defendant will continue to be represented by Anthony L. Martin.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Anthony L. Martin also respectfully requests that Ms. Tignor be removed from the CM/ECF filing notification in this matter.

DATED this 7th day of April, 2025.

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

/s/ Anthony L. Martin
Anthony L. Martin
Nevada Bar No. 8177
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
10801 W. Charleston Blvd.
Suite 500
Las Vegas, NV  89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Mercy, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 8, 2025